FILED
AUG - 5 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | **4:20CR00387 SEP/NAB** |
| v. ) No. | |
| ) | |
| WESLEY KIMBLE, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about December 19, 2019, in the Eastern District of Missouri and elsewhere,

**WESLEY KIMBLE,**

the defendant herein, did knowingly travel in interstate commerce, from Saint Louis, Missouri to Springfield, Illinois, for the purpose of engaging in a sexual act with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

### COUNT II

The Grand Jury further charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term

   (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

   (b) "sexually explicit conduct" to mean actual or simulated--

    (i)    sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

    (ii)    bestiality,

    (iii)    masturbation,

    (iv)    sadistic or masochistic abuse, or

    (v)    lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A));

(c)    "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

(d)    "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

    (A)    the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

    (C)    such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. On or about January 17, 2018, within the Eastern District of Missouri and elsewhere,

**WESLEY KIMBLE,**

the defendant herein, knowingly received images of child pornography using any means or facility of interstate and foreign commerce, that is, the defendant received graphic image and video image files via the Internet which contained child pornography, including, but not limited to, the following:

(a) "DD-bdsm2.mp4", a graphic video file of a prepubescent female in sexual explicit conduct, as described as: a video file depicting sadistic and masochistic abuse of a toddler-aged female by an adult female;

(b) "Lux_Leak 3.mp4", a graphic video file of a prepubescent female in sexual explicit conduct, as described as: a video file of a toddler-aged female engaged in sexual intercourse with an adult female;

(c) "Lux_Leak 4.mp4", a graphic video file of a prepubescent female in sexual explicit conduct, as described as: a video file depicting sadistic and masochistic abuse of a toddler-aged female by an adult female;

(d) "Pthc OPVA 2013 Rape Ultrrra.mp4", a graphic video file of a prepubescent female in sexual explicit conduct, as described as: a video depicting sadistic and masochistic abuse of a toddler-aged female by an adult female.

In violation of Title 18, United States Code, Section 2252A(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney