FILED
AUG - 5 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **4:20CR00387 SEP/NAB** |
| v. ) No. | |
| WESLEY KIMBLE, ) | |
| Defendant. ) | |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with:

(a) an offense involving a minor victim, specifically 2252A(a)(2) (receipt of child pornography), and 2423(b) (travel with the intent to engage in illicit sexual conduct)

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.  The defendant is a threat to the community. Defendant traveled from St. Louis, Missouri to Springfield, Illinois to engage in sexual act with a minor. He also received several images of child pornography.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

                Respectfully submitted,

                JEFFREY B. JENSEN
                UNITED STATES ATTORNEY

                */s/ Dianna R. Collins*
                DIANNA R. COLLINS, #59641MO
                Assistant United States Attorney
                Thomas F. Eagleton Courthouse
                111 South Tenth Street, 20th Floor
                St. Louis, Missouri 63102
                (314) 539-2200